1006

No. 85–7055.   CARRION v. NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 86–295.   SMITH v. PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.

No. 86–361.   ANDERSON ET AL. v. UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION; BRANDIS ET AL. v. UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION; BURGARD v. UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION; CONROY v. UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION; DELUTRI v. UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION; ELLIS ET AL. v. UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION; LYDON v. UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION; MURPHY v. UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION; PIORKOWSKI v. UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION; ROMASHKO v. UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION; and TOEPFER v. UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION.   C. A. Fed. Cir.   Certiorari denied.   Reported below: 795 F. 2d 1014 (1st case); 795 F. 2d 1012 (2d case); 795 F. 2d 1012 (3d case); 795 F. 2d 1012 (4th case); 795 F. 2d 1011 (5th case); 795 F. 2d 1012 (6th case); 795 F. 2d 1012 (7th case); 795 F. 2d 1014 (8th case); 795 F. 2d 1012 (9th case); 795 F. 2d 1014 (10th case); 795 F. 2d 1011 (11th case).

No. 86–375.   WHITE MOUNTAIN APACHE TRIBE v. HODEL, SECRETARY OF THE INTERIOR, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 86–405.   KASHANI v. NELSON, COMMISSIONER OF THE IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 7th Cir. Certiorari denied.

No. 86–407.   DODSON v. UNITED STATES.   Ct. Mil. App. Certiorari denied.